```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Cash & Go, Inc. et al<br><br>          Defendants | Case No. **2:09-cv-02085-FCD-KJM**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL OCTOBER 29, 2009 FOR DEFENDANTS JOHN C. DEMARTINI INDIVIDUALLY AND AS TRUSTEE OF THE JOHN C. DEMARTINI AND CATHERINE E. DEMARTINI REVOCABLE TRUST; CATHERINE E. DEMARTINI INDIVIDUALLY AND AS TRUSTEE OF THE JOHN C. DEMARTINI AND CATHERINE E. DEMARTINI REVOCABLE TRUST TO RESPOND TO COMPLAINT |

  Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, John C. DeMartini Individually and as Trustee of the John C. DeMartini and Catherine E. DeMartini Revocable Trust; Catherine E. DeMartini Individually and as Trustee of the John C. DeMartini and

Catherine E. DeMartini Revocable Trust, by and through their respective attorneys of record, Scott N. Johnson; Mark S. Carlquist, stipulate as follows:

1. An extension of time has been previously obtained for Defendants John C. DeMartini Individually and as Trustee of the John C. DeMartini and Catherine E. DeMartini Revocable Trust; Catherine E. DeMartini Individually and as Trustee of the John C. DeMartini and Catherine E. DeMartini Revocable Trust until October 14, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants John C. DeMartini Individually and as Trustee of the John C. DeMartini and Catherine E. DeMartini Revocable Trust; Catherine E. DeMartini Individually and as Trustee of the John C. DeMartini and Catherine E. DeMartini Revocable Trust are granted an extension until October 29, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants John C. DeMartini Individually and as Trustee of the John C. DeMartini and

Catherine E. DeMartini Revocable Trust; Catherine E. DeMartini Individually and as Trustee of the John C. DeMartini and Catherine E. DeMartini Revocable Trust response will be due no later than October 29, 2009.

IT IS SO STIPULATED effective as of October 15, 2009

Dated:  October 15, 2009            /s/Mark S. Carlquist ___
                                    Mark S. Carlquist,
                                    Attorney for Defendants
                                    John C. DeMartini
                                    Individually and as
                                    Trustee of the John C.
                                    DeMartini and Catherine
                                    E. DeMartini Revocable
                                    Trust; Catherine E.
                                    DeMartini Individually
                                    and as Trustee of the
                                    John C. DeMartini and
                                    Catherine E. DeMartini
                                    Revocable Trust

Dated:  October 15, 2009                    /s/Scott N. Johnson

                                            Scott N. Johnson,

                                            Attorney for Plaintiff


**IT IS SO ORDERED:** that Defendants John C. DeMartini Individually and as Trustee of the John C. DeMartini and Catherine E. DeMartini Revocable Trust; Catherine E. DeMartini Individually and as Trustee of the John C. DeMartini and Catherine E. DeMartini Revocable Trust shall have until October 29, 2009 to respond to complaint.

Dated: October 15, 2009


_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE