1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224

5  Attorney for Plaintiff Scott N. Johnson

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   SCOTT N. JOHNSON,                      )   Case No.: CIV.S 09-02085 FCD KJN
10                                         )
               Plaintiff,                  )   **STIPULATED DISMISSAL AND**
11                                         )   **ORDER**
          vs.                              )
12                                         )
                                           )
13                                         )   Complaint Filed:  July 29, 2009
   CASH & GO, INC., et. al.,               )
14                                         )
                                           )
15                                         )
               Defendants.                 )
16                                         )
                                           )
17

18        **IT IS HEREBY STIPULATED** by and between the parties to this action through their

19  designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP

20  41 (a)(2).  The Parties shall bear their own costs and attorneys' fees in connection with this

21  Lawsuit and the negotiation and preparation of this Agreement.

22

23  Dated:  March 10, 2010                      HEFNER, STARK & MAROIS

24

25                                              /s/Kenneth R. Stone_____
                                                KENNETH R. STONE,
26                                              Attorneys for Defendants,
                                                Cash & Go, Inc.
27

28

                                            1

1

Dated:  March 29, 2010                          MARK S. CARLQUIST, Attorney at Law

2                                                /s/Mark S. Carlquist_____
                                                MARK S. CARLQUIST,
3                                                Attorneys for Defendants,
                                                John C. DeMartini; Catherine E. DeMartini
4

5

Dated:  March 9, 2010                           DISABLED ACCESS PREVENTS
                                                INJURY, INC.
6

7
                                                /s/Scott N. Johnson_____
8                                                SCOTT N. JOHNSON,
                                                Attorney for Plaintiff
9

10

11        **IT IS SO ORDERED**.

12

13   Dated:  April 5, 2010

14                                                _____
                                                FRANK C. DAMRELL, JR.
                                                UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28